|   |   |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
| 2 | EDWARD D. JOHNSON (SBN 189475) |
|   | Two Palo Alto Square, Suite 300 |
| 3 | 3000 El Camino Real |
|   | Palo Alto, CA  94306 |
| 4 | Telephone:  (650) 331-2000 |
|   | Facsimile:   (650) 331-4537 |
| 5 | wjohnson@mayerbrownrowe.com |

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 263-3000
Facsimile:   (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendants
UNITED AIR LINES, INC.

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| BRIAN BANK, on behalf of himself and all others similarly situated, | CASE NO. CV 06-03985-EMC |
|---|---|
| Plaintiff, | **STIPULATION PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT**; ORDER |
| v. |  |
| BRITISH AIRWAYS PLC, VIRGIN ATLANTIC AIRWAYS LIMITED, and UNITED AIR LINES, INC., |  |
| Defendants. |  |

Pursuant to Local Rule 6-1, in light of the transfer motion now pending before the Judicial Panel on Multidistrict Litigation ("JPML") captioned *In re International Air Transportation Surcharge Antitrust Litigation*, MDL Docket No. 1793, Plaintiff Brian Bank ("Plaintiff") and Defendants British Airways Plc,

Virgin Atlantic Airways Limited, and United Air Lines, Inc. (collectively, the "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when the Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion and consolidates each related action in a single court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendants.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the Defendant represented by each such counsel of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph. The above notwithstanding, should any Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

Respectfully submitted,

| | | |
|---|---|---|
| Dated: July 24, 2006 | | GROSS & BELSKY LLP |

/s/
Adam C. Belsky (SBN 147800)
Monique Alonso
Terry Gross
GROSS & BELSKY LLP
180 Montgomery Street
Suite 2200
San Francisco, CA 94104
T: (415) 554-0200
F: (415) 544-0201

*Attorneys for Plaintiff Brian Bank*

Dated: July 24, 2006         MAYER, BROWN, ROWE & MAW LLP

/s/
Edward D. Johnson (SBN 189475)
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
T: (650) 331-2000
F: (650) 331-4537

Richard J. Favretto
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006

*Attorneys for Defendant United Air Lines, Inc.*

Dated: July 24, 2006         SULLIVAN & CROMWELL LLP

/s/
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
T: (650) 461-5600
F: (650) 461-5700

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006

*Attorneys for Defendant British Airways Plc*

-3-
STIPULATION PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-03985-EMC

Dated: July 24, 2006     SIMPSON THACHER & BARTLETT LLP

/s/
Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
T: (650) 251-5000
F: (650) 251-5002

Charles E. Koob (SBN 47349)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

*Attorneys for Defendant Virgin Atlantic Airways Limited.*

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Date:   August 1, 2006

_____
Honorable Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-4-
STIPULATION PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-03985-EMC

# **PROOF OF SERVICE**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

On July 24, 2006, I served the foregoing document(s) described as **U.S.** STIPULATION PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT

on each interested party, as follows:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Adam C. Belsky | Brendan P. Cullen |
| Monique Alonso | SULLIVAN & CROMWELL LLP |
| Terry Gross | 1870 Embarcadero Road |
| GROSS & BELSKY LLP | Palo Alto, California 94303 |
| 180 Montgomery Street | |
| Suite 2200 | |
| San Francisco, CA 94104 | |
| | |
| Harrison J. Frahn | Daryl A. Libow |
| SIMPSON THACHER & | SULLIVAN & CROMWELL LLP |
| BARTLETT LLP | 1701 Pennsylvania Avenue, NW |
| 2550 Hanover Street | Washington, DC 20006 |
| Palo Alto, California 94304 | |

Charles E. Koob
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

 I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

 Executed on July 24, 2006, at Palo Alto, California.

/s/<br>Shana M. Ryan

-6-
STIPULATION PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-03985-EMC